- 1 -

1  Your Name: *Rosalba Zendejas*

2  Address: *1295 Homestead Ave. 27 Walnut Creek 94598*

3  Phone Number: *925 444-5390   925 727-9567   209 422-4151*

4  Fax Number: *NONE*

5  E-mail Address: *zendejasr977@gmail.com*

6  Pro Se Plaintiff

**FILED**

**MAR 29 2024**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

11  *Giovanni Gutierrez, Christian-*
12  *Gutierrez, and Rosalba Zendejas*
13  Plaintiff,

Case Number *C 24-01697 PHK*

*Amended*
**COMPLAINT**

14  vs.

15  *City of Antioch. Antioch Police Dept.*
16  *Ofc. Dee Will, Ofc. Harger Matt*
17  *Ofc. Thomas Steve, Ofc. Vincent James*
18  *Ofc. Gonzalez Adrian, Ofc. Stenger James*
19  *John Doe's* Defendant.

DEMAND FOR JURY TRIAL

Yes [X]  No [ ]

**PARTIES**

21  1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional*
22  *plaintiffs.*]

23  Name: *Christian Gutierrez*

24  Address: *1295 Homestead Ave 27 Walnut Creek CA 94598*

25  Telephone: *(925) 727-9567*

COMPLAINT
PAGE *1* OF *9* [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants.  [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: _Giovanni, Gutierrez_

Address: _103 Madoline St Apt D Pittsburg Ca 92565_

Telephone: _(925) 444-5390_

Defendant 2:

Name: _Rosalba Zendejas_

Address: _1295 Homestead Ave #27 W.C CA 94598_

Telephone: _(209) 422-4151_

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3.  My case belongs in federal court

[X] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE _2_ OF _9_ [*JDC TEMPLATE – Rev. 05/2017*]

1   _Nineth_ ____ **Claim**

2   (Name the law or right violated: 627. (a)                )

3   (Name the defendants who violated it: Officers, Dee Will, Harger Matt,   )

4   Thomas Steve, Vincent James, Gonzalez Adrian,

5   Stenger James, DA, City of Antioch PD

6   City of Antioch.

7

8       When an officer takes a minor before a

9   probation officer at a juvenile hall or to any

10   other place of confinement pursuant to this

11   article, he shall take immediate steps to notify

12       the minor's parent, or guardian or a responsible

13   relative that such minor is in custody and the

14   place where he is being held.

15

16       Giovanni Gutierrez was inocent. Giovanni

17   was arrested and charged (w/brandishing

18   t/arm replica.) -misdemeanor

19   Giovanni Gutierrez mother Rosalba Zendejas had

20       physical custody of minor Giovanni Gutierrez.

21   Giovanni also had a father, Jorge Gutierrez. Niether

22   parents were notified. Giovanni Gutierrez was never

23   under any responsible relative niether under

24       any guardian responsibility /care. Giovanni

25   Gutierrez was the responsibility of his parents

26   only; parents should have had been notified of

27   their son Giovanni' arrest.

28

1              _Nineth_     **Claim**

2 (*Name the law or right violated:* 627. (a) )

3 (*Name the defendants who violated it:* )

4     Confined

5 to keep someone closed in a place, often

6 by force.

7

8     Confinement

9 the state of being physically constrained,

10 captivity, immurement, imprisonment, incarceration

11 the state of being imprisoned, custody,

12     detainment, detention, hold. a state

13 of being confined (usually for a short time)

14

15 Custody

16     the state of being held by the

17 police arrest

18

19 Being held

20     A: to assume or to be given responsibility

21 to be the person who is accountable.

22

23

24

25

26

27

28

1  <u>Nineth</u>   **Claim**

2  (*Name the law or right violated:* <u>627. (a)</u> )

3  (*Name the defendants who violated it:* )

4  Guardian

5

6  A guardian is an individual to whom

7  a judge or a will gives the legal responsibility

8  to care for a child or an adult who does

9  not have the capacity for self care.

10  The appointed individual is often responsible

11  for both the care of the ward (the child or

12  incapable adult) and the persons financial affairs.

13

14  guardian.

15  a person who looks after and is legally

16  responsible for someone who is unable

17  to manage their own affairs especially an

18  incompetent or disabled person or a child

19  whose parents have died.

20

21

22

23

24

25

26

27

28

1      __Nineth__      **Claim**

2  (Name the law or right violated: __627.(a)__                                    )

3  (Name the defendants who violated it: _____ )

4   __Responsible relative__

5  for medically needy shall mean a spouse, parent

6  or stepparent living in the house hold of the client.

7

8   __Responsible relative,__

9  means a relative who is responsible by law to

10 contribute to the cost of health care services received

11 by a MC client.

12

13  __Responsible relative__

14 means the parent of an unemancipated child

15 with an intellectual or developmental disability who is

16    receiving service in programs of the department

17 of any relative who accepts financial responsibility for

18 the care and service of a person supported.

19

20  __Responsible relative__

21 means the parent of a unemancipated child with

22 mental illness serious emotional disturbance, alcohol

23 dependence drug dependence or developmental

24    disabilities who is receiving service in

25 programs of the Department.

26

27

28

COMPLAINT
PAGE _6_ OF _9_  *[JDC TEMPLATE – 05/17]*

1          <ins>Tenth</ins>    **Claim**

2  (Name the law or right violated: <ins>Investigatory Privilege Section 6254(f)</ins>)

3  (Name the defendants who violated it: <ins>Officers, Dee Will, Harger Matt, Thomas-</ins>)

4  <ins>Steve, Vincent James, Gonzalez Adrian, Stenger James,</ins>

5  <ins>DA, City of Antioch PD, City of Antioch.</ins>

6  · Endanger the safety of a witness or other person

7  involved in an investigation, or

8

9  · Endanger the successful completion of the

10  investigation (or related investigation.

11

12     If Rosalba Zendejas would had been notified

13  about arrest of her minor Giovanni Gutierrez, mother of

14  both Giovanni and Christian Gutierrez would had

15  been able to seek medical and legal help to

16    bring justice to both of her sons which were

17  innocent.

18  Rosalba Zendejas was not notified on May 5, 2001

19  of arrest of both of her son's, this endangered

20   a successful completion of the investigation

21  for incident of May 5, 2001.

22

23

24

25

26

27

28

COMPLAINT
PAGE 7 OF 9  *[JDC TEMPLATE – 05/17]*

- 6 -

1    _Eleventh_ Claim

2    (Name the law or right violated: Rule 16. Discovery )

3    (Name the defendants who violated it: Officers, Dee Will, Harger Matt, Thomas

4    Steve, Vincent James, Gonzalez Adrian & Stenger James

5    Antioch P.D., DA, City of Antioch

6    (a) Governments Disclosure

7    (B) Defendants written or recorded statement

8        Upon defendants request, the government must

9    disclose to the defendant and make available for inspection

10   copying or photographing all of the following:

11

12       (i) any relevant written or recorded statement by

13   the   defendant if:

14   • statement is within the governments possession, custody

15   or control; and

16       • the attorney for the government knows or through due diligence

17   could know - the statement exists;

18   (ii) the portion of any written record containing the substance

19   of any relevant oral statement made before or after arrest

20      if the defendant made the statement in response to

21   interrogation by a person the defendant knew was a

22   government agent.

23

24      Both Christian and Giovanni Gutierrez police report

25   has false information.

26

27

28

- 6 -

1
_Twelfth_____ Claim

2
(Name the law or right violated: The Discovery Rule )

3
(Name the defendants who violated it: Officers, Dee Will, Harger Matt, Thomas )

4
Steve, Vincent James, Gonzalez Adrian, Stenger James,

5
Antioch PD, D.A. City of Antioch.

6
discovery rule

7

8
The discovery rule provides that the statute of limitation

9
on bringing a claim does not begin to run until the date on

10
which a claimant actually discovers (or should have discovered

11
an injury or loss rather than on the date when the wrongful

12
act giving rise to the injury or loss took place.

13

14
If none of this corruption with Antioch Police Department

15
would had not been under Federal Investigation in there

16
admission in the Antioch PD text message scandal

17
of violations, and if Superior Court Judge would had

18
not issued landmark ruling against the Contra Costa

19
District Attorneys Office after finding proof of racial

20
bias to citizens civil rights,

21
as in the case of Christian and Giovanni Gutierrez

22
and case of Rosalba Zendejas the mother who

23
was not notified of incident of May 5, 2007 involving

24
both her sons. April 17, 2023, Rosalba Zendejas became aware of APD.

25
Request of police report was granted April 18, 2023.

26
denied 2007, denied April 17, 2023 (Police Report). June 15,

27
2023, police rep was given, after so many years of not knowing.

28

03/29/24 Rosalba Zendejas

3/29/24

COMPLAINT
PAGE 9 OF 9 [JDC TEMPLATE – 05/17]   3-29-24